IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEALTHY COMPANION CORP., a Nevada corporation, PALA-TECH LABORATORIES INC., a Nebraska corporation, QUALITY ANIMAL CARE MANUFACTURING, INC., a Nebraska corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>RAYMOND L. COOPER, Individually,<br><br>   Defendant/Third Party Plaintiff,<br><br>v.<br><br>DANIEL BOLTON, Individually,<br><br>   Third Party Defendant. | Case No. 4:14-cv-3176-JMG-CRZ<br><br><br>ORDER FOR SUBSTITUTION OF COUNSEL |

  THIS MATTER came before the Court upon Plaintiffs' Motion for Substitution of Counsel in the above-captioned matter. The Court finds that Brian J. Koenig of the law firm Koley Jessen P.C., L.L.O. shall be be substituted as counsel for Brenda K. Smith and Heather Voegele-Andersen who are no longer with the Plaintiffs' law firm.

  IT IS THEREFORE ORDERED, ADJUDICATED AND DECREED, that Plaintiffs' Motion for Substitution of Counsel is granted and Brian J. Koenig is substituted as counsel for Plaintiffs.

February 9, 2015.

BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge